Soo Line Railroad Company Privilege Log

Hemling v. Cedar Creek, LLC et al.

Civil Action 3-19-CV-00894

The co-defendant Soo Line Railroad asserts privileged and protected trial-preparation materials pursuant to Federal Rules of Civil Procedure Rule (5) as follows:

| Document Type | Description | Privilege |
| --- | --- | --- |
| All correspondence between Soo Line Railroad Company counsel and representatives of Lumbermans Insurance | Correspondence of counsel for Soo Line Railroad Company with Lumbermans Insurance Company regarding issues of insurance coverage | Work product, trial-preparation materials, Attorney-Client Privilege |

Dated August 12, 2020

s/ Brian D. Baird_____
State Bar No. 1016157
Attorney for defendant, Soo Line Railroad Company d/b/a Canadian Pacific
**BORGELT, POWELL, PETERSON & FRAUEN, S.C.**
1243 N. 10th Street, Suite 300
Milwaukee, WI 53205
Phone: (414) 276-3600
Fax: (414) 276-0172
E-mail: bbaird@borgelt.com